```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION
```

BETSY LINDLEY MILLER                                    PLAINTIFF

VS.                         CIVIL ACTION NO. 3:04-cv-298(DCB)(JCS)

CITY OF MADISON                                         DEFENDANT

## FINAL JUDGMENT

This cause having come on for trial by jury on May 30, 2006, and at the conclusion of the plaintiff's case in chief, a motion pursuant to Fed.R.Civ.P. 50 was made by the defendant; and the Court having granted the defendant's motion for a judgment as a matter of law for the reasons set forth on the record, the Court now dismisses this case with prejudice; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is had for the defendant and this action is dismissed with prejudice, with all costs assessed against the plaintiff.

SO ORDERED and ADJUDGED, this the 2nd day of June, 2006.

                                        S/DAVID BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE